*Duty* and *Wyatt Cleveland Holland,* Assistant Attorneys General, for respondent. ▮

No. 496. KELLEY ET AL. *v.* JOHNSON ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. ▮

No. 505. PENNSYLVANIA RAILROAD CO. *v.* CORRADO. C. A. 2d Cir. Certiorari denied. *Marion H. Fisher* for petitioner. *Vine H. Smith* for respondent. ▮

No. 510. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION (C. I. O.) ET AL. *v.* WIRTZ, CIRCUIT COURT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied. *Herbert Resner* for petitioners. *Walter D. Ackerman, Jr.,* Attorney General of Hawaii, *Michiro Watanabe,* Deputy Attorney General, and *Thomas W. Flynn* for Wirtz, Circuit Court Judge; and *C. Nils Tavares* for Maui Agricultural Co., Ltd., respondents. ▮

No. 603. BRETAGNA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Harry G. Anderson* for petitioner. ▮

No. 511. INCOME BONDHOLDERS OF THE PEORIA & EASTERN RAILWAY CO. *v.* NEW YORK CENTRAL RAILROAD CO. ET AL. United States District Court for the Southern District of New York. Certiorari denied. *Charles S. Aronstam, Arthur A. Ballantine, John M. Harlan, Lyman M. Tondel, Jr.* and *Edward L. Friedman, Jr.* for petitioners. *Gerald E. Dwyer* and *Samuel H. Hellenbrand* for the New York Central Railroad Co. et al.; and *James F. Hart* for the Peoria & Eastern Railway Co., respondents. ▮